IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO.: 15-CR-00088-CG |
| v. | *   **FILED UNDER SEAL** |
| | * |
| THOMAS JUSTIN PALMER | * |

**PRAECIPE FOR WARRANT**

The Clerk of said Court will issue a warrant, on date certain, 2015, an indictment against the above-named defendant having been filed in the above-entitled cause on the 29th day of October, 2015.

This 2nd day of November, 2015.

/s/ *Deborah A. Griffin* for Kenyen R. Brown
KENYEN R. BROWN
UNITED STATES ATTORNEY
Deborah A. Griffin (grifd9200)
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251-441-5845
Fax: 251-441-5131

Warrant issued: _____

Defendant's Last Known Address:   Agent/Agency:
**UNKNOWN**                        **DEA/SA Mike Burt**

**AGENT TO SERVE**

**Please contact SA Mike Burt 251-533-0273 when Warrant is ready to be picked up.