DEA

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

9933885
16Φ3-11Φ3-Φ282-Z

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 15-0088-003 |
| Thomas Justin Palmer | ) | **SEALED CASE** |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Justin Palmer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (2)

Date: 11/03/2015

*Tammy Thornton*
*Issuing officer's signature* Deputy Clerk

City and state:   Mobile, AL

**CHARLES R. DIARD, JR.**
*Printed name and title*

### Return

This warrant was received on *(date)* 11/3/2015, and the person was arrested on *(date)* 11/4/2015
at *(city and state)* Mobile, Alabama.

Date: 11/4/2015

[signature]
*Arresting officer's signature*

Michael H. Burt, DEA Special Agent
*Printed name and title*