IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO: 15-00088-CG** |
| | : | |
| **V.** | : | |
| | : | |
| **THOMAS JUSTIN PALMER** | : | |

### NOTICE OF INTENT TO PLEAD GUILTY

Comes now the Defendant, Thomas Justin Palmer, and hereby gives notice of his intent to plead guilty to Count Two of the indictment in the above styled cause.

Respectfully Submitted,

/s/ Neil L. Hanley
NEIL L. HANLEY
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: NHlawoffice@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 15th day of December, 2015 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

\s\ Neil L. Hanley